**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

UNITED STATES OF AMERICA,

                    Case No. 26-cr-00099-MJD/DTS

               Plaintiff,

v.

SHAMSO AHMED HASSAN (1)
and
HANAAN MURSAL YUSUF (2),


               Defendants.


_____

**ORDER OF RECUSAL AND DIRECTION TO THE**
**CLERK OF COURT FOR REASSIGNMENT OF CASE**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated July 19, 2022, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the appropriate list of the automated assignment system.


DATED: May 20, 2026                        s/Michael J. Davis
                                        MICHAEL J. DAVIS
                                        United States District Court