AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  CR 26 - 99(1) PJS/DTS |
| Shamso Ahmed Hassan | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## AMENDED
## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Shamso Ahmed Hassan                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment          Superseding Indictment          Information          Superseding Information          Complaint

  Probation Violation Petition          Supervised Release Violation Petition          Violation Notice      Order of the Court

This offense is briefly described as follows:                      Pretrial Release Violation Petition
Count 1: Conspiracy to Commit Health Care Fraud 18:1349
Counts 7-8: Health Care Fraud 18:1347 and 2
Count 10: Money Laundering 18:1957(a) and 2

Date:  05/21/2026

_____
*Issuing officer's signature*

City and state:    Minneapolis, Minnesota

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date:  _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____