# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Shamso Ahmed Hassan (1),

      Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: ELSA M. BULLARD
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 26-cr-99 (PJS/DTS) |
| Date: | May 26, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 8E |
| Time Commenced: | 10:02 a.m. |
| Time Concluded: | 10:04 a.m. |
| Time in Court: | 2 minutes |

APPEARANCES:

  Plaintiff: Ethan Vande Wall, Assistant U.S. Attorney
  Defendant: Kevin Riach
     X Retained

**Indictment Dated:** May 20, 2026

   X Reading of Indictment Waived    X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

                                                       _____ *s/ms*
                                                   Signature of Courtroom Deputy